PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-0031-KJN |
| Plaintiff, | ORDER DISMISSING COMPLAINT |
| v. | DATE: |
| URIEL CHAVEZ-RAMIREZ, | TIME: |
| Defendant. | COURT: |

**ORDER**

Based on the United States's Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Criminal Complaint is dismissed against the above-captioned defendant. The pending arrest warrant is RECALLED. The case is ordered UNSEALED.

Dated: March 25, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE